UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMARD RECALDO ANOIRE FARRELL,

            Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

25-CV-1966 (AT) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **June 25, 2025 at 10:00 AM**. The parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 156 540 061 #**.

DATED: June 16, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge