UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMARD RECALDO ANOIRE FARRELL,

          Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

25-CV-1966 (AT) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    Plaintiff Farrell's written statement about why he believes the SSA made an error is now due **July 9, 2025**. SSA's opposition is now due **August 9, 2025**. Plaintiff Farrell's response to SSA's opposition is due **August 23, 2025**.

DATED:  June 25, 2025
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge