**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Omard Recaldo Anoire Farrell,

                      Plaintiff,                     25 **CIVIL** 1966 (AT)(GRJ)

        -against-

                                                 **JUDGMENT**

Commissioner of Social Security,

                  Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2026, the Court has OVERRULED Farrell's objections to the R&R and the R&R is ADOPTED in full. The Commissioner's decision is AFFIRMED, and the complaint is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
       March 20, 2026

                                         **TAMMI M. HELLWIG**
                                   _____
                                          **Clerk of Court**

                         **BY:**         K. mango

                                       _____
                                          **Deputy Clerk**